UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON, and OPERATION RESCUE WEST,<br>Plaintiffs<br><br>vs.<br><br>CITY OF BOSTON and MAYOR THOMAS M. MENINO, in his Official Capacity as Mayor of the City of Boston,<br>Defendants | CIVIL ACTION NO.:<br><br><br><br><br>NOTICE OF APPEARANCE |

04 11008 WGY

I, Thomas M. Harvey, hereby enter my appearance as attorney on behalf of the Plaintiffs, Patrick J. Mahoney, Christian Defense Coalition, Operation Rescue Boston, and Operation Rescue West, in the above entitled claim.

5-19-04
Date

Thomas M. Harvey, Esq.
BBO # 225050
1 Constitution Center
Boston, MA 02129
(617) 886-0364