BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

**04 10008 WGY**

| | |
|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF BOSTON and MAYOR THOMAS M. MENINO, in his Official Capacity as Mayor of the City of Boston,<br><br>　　　　Defendants. | Case No.:<br><br>APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SUPPORTING DECLARATION |

Plaintiffs make this Application for Temporary Restraining Order pursuant to Fed.R.Civ.P. 65, and is based on the facts set forth in the Declaration of Patrick J. Mahoney included herewith. In addition, plaintiffs file simultaneously herewith their memorandum of law in support of the temporary restraining order.

Plaintiffs hereby apply for entry of a Temporary Restraining Order wherein the defendants, their agents, servants, employees, and attorneys, and those acting in active concert

APPLICATION - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

with them be ordered to refrain from enforcing and/or utilizing the newly enacted permitting process being utilized for the week of July 24 through August 1, 2004 during the Democratic National Convention pending this case being heard by this Court. In the interim, it is respectfully requested that the Court order these defendants to promulgate and utilize the permitting process used by the National Parks Service in Washington DC relevant to the Presidential Inauguration; permits are deemed granted after 24 hours.

In support of this application, plaintiffs stress that (1) the issuance of a Temporary Restraining Order is necessary before a hearing on the plaintiffs Preliminary Injunction to prevent irreparable harm to plaintiffs and others; (2) there is a likelihood that plaintiffs will prevail on the merits of the Application for Preliminary Injunction; (3) the threatened injury to plaintiffs far outweigh any possible harm a Temporary Restraining Order could conceivably cause the defendants; and (4) issuing a Temporary Restraining Order will clearly serve the public interest by upholding the Constitution of the United States.

Unless this Court enjoins the defendants, plaintiffs' constitutional rights will be violated in that the newly enacted permitting process is an unconstitutional prior restraint on these plaintiffs First Amendment rights, a violation of the First and Fourteenth Amendments to the United States Constitution. Enforcement of the newly enacted permitting process will result in irreparable injury and deprivation to the plaintiffs of their First and Fourteenth Amendments rights guaranteed by the United States Constitution.

WHEREFORE, plaintiffs respectfully request that this Court enter a Temporary Restraining Order whereby defendants are ordered to refrain from enforcing and/or utilizing the newly enacted permitting process being utilized for the week of July 24 through August 1, 2004 during the Democratic National Convention pending this case being heard by this Court. In the

APPLICATION - 2

1. interim, it is respectfully requested that the Court order these defendants to promulgate and
2. utilize the permitting process used by the National Parks Service in Washington DC relevant to
3. the Presidential Inauguration; permits are deemed granted after 24 hours. The relief sought is for
4. 
5. a period of ten days or until the issuance of a Preliminary Injunction, from the facts set forth
6. above, and that a bond be waived or nominal bond be required.
7. Dated: May 17, 2004.

Respectfully submitted,

CHAVEZ-OCHOA LAW OFFICES

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090

APPLICATION - 3

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090