BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

REV. PATRICK J. MAHONEY, CHRISTIAN ) Case No.: 04 11008 WGY
DEFENSE COILATION, OPERATION )
RESCUE BOSTON, and OPERATION ) PETITION FOR PRELIMINARY
RESCUE WEST, ) INJUNCTION
        Plaintiffs, )
    vs. )
CITY OF BOSTON and MAYOR THOMAS )
M. MENINO, in his Official Capacity as )
Mayor of the City of Boston, )
        Defendants. )

Plaintiffs make this Petition for a Preliminary Injunction pursuant to Fed.R.Civ.P. 65, and is based on the facts set forth in the Declaration of Patrick J. Mahoney included herewith, and any and all additional evidence that may be presented at the preliminary hearing. In addition, plaintiffs file simultaneously herewith their memorandum of law in support of the injunction.

PETITION - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Plaintiffs hereby apply for entry of a preliminary injunction ordering the defendants, their agents, servants, employees, and attorneys, and those acting in active concert with them to refrain from enforcing and/or utilizing the newly enacted permitting process being utilized for the week of July 24 through August 1, 2004 during the Democratic National Convention pending this case being heard by this Court. In the interim, it is respectfully requested that the Court order these defendants to promulgate and utilize the permitting process used by the National Parks Service in Washington DC relevant to the Presidential Inauguration; permits are deemed granted after 24 hours.

In support of this application, plaintiffs stress that (1) the issuance of a Preliminary Injunction is necessary to prevent irreparable harm to plaintiffs and others. Unless this Court enjoins the defendants, plaintiffs' constitutional rights will continue to be violated in that the newly enacted permitting process is an unconstitutional prior restraint on these plaintiffs First Amendment rights, a violation of the First and Fourteenth Amendments to the United States Constitution. Enforcement of the newly enacted permitting process will result in irreparable injury and deprivation to the plaintiffs of their First and Fourteenth Amendments rights guaranteed by the United States Constitution.

WHEREFORE, plaintiffs respectfully request that this Court enter a Preliminary Injunction ordering the defendants from the facts set forth above, most specifically:

Order the defendants, their agents, servants, employees, and attorneys, and those acting in active concert with them to refrain from enforcing and/or utilizing the newly enacted permitting process being utilized for the week of July 24 through August 1, 2004 during the Democratic National Convention pending this case being heard by this Court. In the interim, it is respectfully requested that the Court order these defendants to promulgate and utilize the

PETITION - 2

permitting process used by the National Parks Service in Washington DC relevant to the Presidential Inauguration; permits are deemed granted after 24 hours.

Dated: May 17, 2004.

                                      Respectfully submitted,

                                CHAVEZ-OCHOA LAW OFFICES

                                Brian R. Chavez-Ochoa
                                California State Bar #190289
                                Lead Counsel for the Plaintiffs
                                4 Jean Street, Suite 4
                                Valley Springs, California 95252
                                (209) 772-3013
                                Fax (209) 772-3090

PETITION - 3

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090