BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**04 11008 WGY**

| | |
|---|---|
| PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON, and OPERATION RESCUE WEST,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BOSTON and MAYOR THOMAS M. MENINO, in his Official Capacity as Mayor of the City of Boston,<br><br>Defendants. | Case No.: No.<br><br>MOTION FOR LEAVE TO APPEAR PRO HAC VICE |

Comes now the undersigned counsel and moves this motion to the Court pursuant to Local Rule 83.5.3 to be admitted Pro Hac Vice. Counsel informs the Court as follows:

Brian R. Chavez-Ochoa

Home Address:

3178 Crestview Drive

Valley Springs, California 95252

MOTION - 1

1  (209) 772-2981

2  Office Address:

3  Chavez-Ochoa Law Offices

4

5  4 Jean Street, Suite 4

6  Valley Springs, California 95252

7  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

8  (209) 772-3013

9

10  Fax (209) 772-3090

11  I am not a member of the Bar of the State of Massachusetts, however, I am a member in good

12  standing with the State Bar of California and a member in good standing with the United States

13  District Court for the Eastern District of California, having been admitted to the State Bar of

14  California in December of 1997 and the United States District Court for the Eastern District of

15

16  California in June of 1998, a member in good standing with the United States District Court for

17  the Central District of California having been admitted in 1999.

18  I am also admitted Pro Hac Vice in the United States District Court for the District of

19  Columbia having been so admitted on or about 1998; I am admitted Pro Hac Vice in the United

20

21  States District Court for the Middle District of Alabama, having been so admitted in 2003, I am

22  admitted to the United States Court of Appeals for the District of Columbia, I am admitted to the

23  United States Court of Appeals for the Eleventh Circuit, having been admitted in 2003, and I am

24  admitted to the Supreme Court of the United States. I am a member in good standing in all

25  courts where I have been admitted.

26

27  This is the first time that I have practiced law in the State of Massachusetts.

28  I have never been denied admission to any court where I have sought to be admitted.

MOTION - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

I do not have any pending matters or charges for disciplinary reasons.

I have never been cited for contempt of court in any court, state or federal.

I have never been disbarred nor sanctioned nor disciplined nor suspended by any court either federal or state.

I additionally agree to read and comport with the Local Rules of the United States District Court for the District of Massachusetts and to familiarize myself with same prior to filing any case and/or pleadings and/or appearing before this Court. I also agree to familiarize myself with the Standing Orders of this Court.

I hereby declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May 2004 at Valley Springs, California, County of Calaveras.

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs

I hereby move the admission of Brian R. Chavez-Ochoa to appear Pro Hac Vice in the above-entitled matter and I agree to enter an appearance on behalf of the plaintiffs.

_____
Thomas M. Harvey
BBO #: 225050
1 Constitution Center
First Floor
Boston, Massachusetts 02129
(617) 886-0364

MOTION - 3

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090