```
BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

**04 11008 WGY**

| | |
|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF BOSTON and MAYOR THOMAS M. MENINO, in his Official Capacity as Mayor of the City of Boston,<br><br>    Defendants. | Case No.:<br><br>CERTIFICATION OF COMPLIANCE PURSUANT TO RULE 65 |

COMES NOW the undersigned counsel, and hereby certifies that he made the following attempts to contact the defendants in regard to plaintiffs' Application for Temporary Restraining Order:

1. On May 18, 2004 at 9:26 a.m. California time, I placed a telephone call to the Law Department of the City of Boston. The Law Department transferred me to City Hall and the operator at City Hall transferred me to the City Clerks Department. I informed Ms. Patricia

RULE 65 - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Finnigan of the filing of this action and the request for a temporary restraining order, speaking with her personally, and informed her of plaintiffs' intention to file their Application for Temporary Restraining Order in this Court on Wednesday, May 19, 2004 at about 2:30 p.m. Dated: May 18, 2004.

          Respectfully submitted,

*[signature]*

Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090

RULE 65 - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090