BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090
chavezochoa@Yahoo.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REV. PATRICK J. MAHONEY, et al., | Case No.: 04 11008 WGY |
| Plaintiff, | CERTIFICATE OF NOTIFICATION OF THE CONTINUED DATE FOR THE PRELIMINARY INJUCTION HEARING |
| vs. | |
| CITY OF BOSTON, et al., | |
| Defendant | |

It hereby certify that I have personally informed Mr. Charles Lyons, counsel for the defendants in the above-entitled matter, that the Preliminary Injunction Hearing scheduled in this matter and set to be heard on May 21, 2004 at 10:00 a.m. in Courtroom 18 shall be continued to June 2, 2004 at 2:00 p.m. in Courtroom 18.

May 20, 2004.

_____
Brian R. Chavez-Ochoa
Lead Counsel for the Plaintiffs

BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090
chavezochoa@Yahoo.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REV. PATRICK J. MAHONEY, et al., | Case No.: 04 11008 WGY |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| CITY OF BOSTON, et al., | |
| Defendant | |

I hereby certify that a true copy of all pleadings heretofore filed by the plaintiffs in the above-entitled matter was served upon The City of Boston and Mayor Thomas M. Menino by personal service upon Ms. Jean McLaughlin of the Mayor's office at 9:50 a.m. on Thursday May 20, 2004. I further personally spoke with counsel for the defendants, Mr. Charles Lyons and informed him of the hearing set by this Court in this matter for Friday, May 21, 2004 at 10:00 a.m. in Courtroom 18. I further advised Mr. Lyons of the service of pleadings upon Ms. McLaughlin.

Dated: May 20, 2004.

_____
Brian R. Chavez-Ochoa
Lead Counsel for the Plaintiffs

CERTIFICATE - 1