1  BRIAN R. CHAVEZ-OCHOA
   CALIFORNIA STATE BAR #190289
2  CHAVEZ-OCHOA LAW OFFICES
   4 JEAN STREET, SUITE 4
3  VALLEY SPRINGS, CALIFORNIA 95252
   (209) 772-3013
4  FAX (209) 772-3090

5  Attorney for Plaintiffs

FILED
IN CLERKS OFFICE
2004 JUN 14 A 11: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

REV. PATRICK J. MAHONEY, CHRISTIAN ) Case No.: 04-11008 WGY
DEFENSE COALITION, OPERATION )
RESCUE BOSTON and OPERATION ) DISMISSAL
RESCUE WEST, )
          Plaintiffs, )
     vs. )
CITY OF BOSTON and MAYOR THOMAS )
M. MENINO, in his Official Capacity as )
Mayor of the City of Boston, )
          Defendants. )

The plaintiffs and defendants, having entered into a Stipulated Agreement For Settlement On All Issues, signed by the parties and filed with the Court on June 2, 2004, and pursuant to the terms of that settlement agreement, the plaintiffs move this Court to dismiss the entire action now pending before this Court without prejudice.

///

///

///

DISMISSAL - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

1  Dated: _June 11th_, 2004.

2

3

4  _[signature]_

5  Brian R. Chavez-Ochoa
   California State Bar #190289
6  Counsel for the Plaintiffs
   Chavez-Ochoa Law Offices
7  4 Jean Street, Suite 4
   Valley Springs, California 95252
8  (209) 772-3013
9  Fax: (209) 772-3090

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL - 2